**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

FILED
CLERK, U.S. DISTRICT COURT
AUG 16, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: _____BH_____ DEPUTY

John Hastings,

          Plaintiff,

v.

Elvin Garry Grundy III, et al.,

          Defendants.

LA 18-cv-02570 VAP (FFMx)

**ORDER TO SHOW CAUSE RE: FAILURE TO SERVE**

On July 5, 2016, Plaintiff John Hastings ("Plaintiff") initiated this action against Defendants Elvin Garry Grundy III and Grundy Law Firm, PLLC. On August 9, 2017, Plaintiff filed an amended complaint, (Doc. No. 7), and he filed the operative second amended complaint on September 7, 2017, (Doc. No. 8). On March 28, 2018, Judge Mahan of the District Court of Nevada granted Plaintiff's Motion to transfer venue from Nevada to the Central District of California. (Doc. No. 10.)

To date, Plaintiff has not filed a Proof of Service showing that either defendant has been served. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, a plaintiff must serve summons and complaint on all named defendants within 90 days of filing.

\\ \\
\\ \\
\\ \\
\\ \\
\\ \\

1

Accordingly, the Court ORDERS Plaintiff to show cause, in writing, no later than August 23, 2018 why the Complaint should not be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: 8/16/18

Virginia A. Phillips
Chief United States District Judge